Blank copy attached for your use.

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

2018 APR 23 PM 2: 06

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Marquette Jackson

(Fill in the name),
Plaintiff

-vs-

(Fill in the name/names),
Defendant(s)

africans

Black africans
americans

CASE NO. (Leave blank)

JUDGE (Leave blank)

1:18 CV 922

COMPLAINT

JUDGE GAUGHAN

MAG. JUDGE GREENBERG

In numbered paragraphs, and using as many pages as you need:

- Name the parties and give their addresses.

- State the basis of the court's jurisdiction (e.g.: 42 U.S.C. § 1983 -- Civil Rights; 42 U.S.C. § 2000e -- Title VII -- Discrimination).

- Then simply tell the facts of your case, including names, dates, etc.

- Finally, ask the court for whatever relief you desire (e.g., injunction, money damages, etc.)

At the end of the complaint, **sign** your name. **Underneath the signature print your name and address. Date the document.**

O:\Pro Se Forms\Complaint Sample..wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

MARQUETTE JACKSON, Plaintiff

-vs-

africa/Black america, Defendant(s)

CASE NO. _____

JUDGE _____

COMPLAINT

In 4 score and seven years Taken out of Slavery by abraham lincin president of united state in that or those time / Released africa who lie about needing help of controlling animals from eating their population Released confederated and union slave in act of war not one nigger Black african african american fight or die in order to be free ~~Donald~~ I need to put back Donald John Trump in Slavery